IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANDREA PESACOV, | : | |
|     Plaintiff, | : | CIVIL ACTION |
| | : | No. 18-4282 |
| v. | : | |
| CUSHMAN & WAKEFIELD OF PENNSYLVANIA, INC., | : | |
|     Defendant. | : | |

## ORDER

**AND NOW**, this __19th _ day of March 2019, as stated on the record during the conference held on March 19, 2019:

- It is **ORDERED** that Plaintiff's Motion for Leave to Amend Complaint (ECF No. 14) is **DENIED**.

- Plaintiff has voluntarily withdrawn Counts II, IV, V, VI, VII, an VIII.[1]

                                      s/Anita B. Brody

                                      ANITA B. BRODY, J.

---

[1] Accordingly, the only remaining counts are: Count I (Violations of Title VII – Retaliation); Count III (Violations of Philadelphia Fair Practices Ordinance – Retaliation; and Count IX (Breach of Contract).